UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GHODRAT FARAHANI and IREENE AROMIN<br><br>Plaintiffs,<br><br>v.<br><br>CHUBB GROUP OF INSURANCE COMPANIES; JULIE ZINK; LESLIE SHAPIRO; ALLSTATE INSURANCE COMPANY; WILLIAM J. ROSS; EVENFLO COMPANY, INC.<br><br>Defendants. | ) | CA 06 89<br><br>C.A. No. 06- |

**PETITION FOR REMOVAL**

Defendants, Federal Insurance Company ("Federal") (incorrectly named as Chubb Group of Insurance Companies)[1], Julie Zink ("Zink"), and Leslie Shapiro ("Shapiro") (collectively, "Defendants"), for the purpose only of removing this cause to the United States District Court for the District of Rhode Island, state:

1. **State Court Action**. This is an action filed on or about November 18, 2005 in the Superior Court, County of Providence, State of Rhode Island, being numbered C.A. No. PC05-5981, on the docket of said Court and being a suit by Ghodrat Farahani and Ireene Aromin against Defendants.

2. **Federal Jurisdiction**. As alleged in paragraph 2 of the Complaint, Plaintiffs Ghodrat Farahani and Ireene Aromin are residents of the Commonwealth of Massachusetts. Federal is an Indiana corporation, and has its principal place of business in New Jersey. As

[1] Chubb Group of Insurance Companies is a non-entity that is incapable of being sued. It is a trade name used to identify several separately incorporated insurance companies, of which Federal is one. Accordingly, Defendants have substituted Federal in place of Chubb Group of Insurance Companies.

alleged in paragraph 3 of the Complaint, Zink is a resident of the State of Connecticut. As alleged in paragraph 3 of the Complaint, Shapiro is a resident of Massachusetts. Federal submits that Zink and Shapiro have been improperly joined as Defendants in this action and that if Shapiro had not been named individually there would be complete diversity between the parties.

Federal further submits, on information and belief, that defendants Allstate Insurance Company and Evenflo Company, Inc. are not incorporated in Massachusetts and have a principal place of business in a state or states other than the Commonwealth of Massachusetts. Furthermore, on information and belief, the amount in controversy exceeds $75,000, exclusive of interest and costs. Accordingly, this Court has original jurisdiction over this matter based upon diversity of citizenship pursuant to 28 U.S.C. § 1332(a) and the above-described civil action is one which may be removed pursuant to 28 U.S.C. § 1441.

3. **Timeliness of Removal Petition.** Defendants were served with a copy of the Complaint on or about February 6, 2006. Removal of this action is therefore timely under 28 U.S.C. § 1446(b).

4. **Relief Requested.** Defendants respectfully request that the United States District Court for the District of Rhode Island accept this Petition for Removal, and that it assume jurisdiction of this cause and issue such further orders and processes as may be necessary to bring before it all parties necessary for the trial hereof.

FEDERAL INSURANCE COMPANY, JULIE ZINK, and LESLIE SHAPIRO

By their Attorneys,

Darlene K. Alt (#6345)
Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
Telephone: (401) 274-9200
Facsimile: (401) 276-6611

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 27th day of February, 2006, I caused a true copy of the within Petition for Removal to be served by first class mail, postage prepaid, to the following:

Ghodrat Farahani
126 Brook Street
Rehoboth, MA 02769

Ireene Aromin
126 Brook Street
Rehoboth, MA 02769