UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GHODRAT FARAHANI and IREENE AROMIN<br><br>Plaintiffs,<br><br>v.<br><br>CHUBB GROUP OF INSURANCE COMPANIES; JULIE ZINK; LESLIE SHAPIRO; ALLSTATE INSURANCE COMPANY; WILLIAM J. ROSS; EVENFLO COMPANY, INC.<br><br>Defendants. | ) | C.A. No. 06-89ML |

**DEFENDANT FEDERAL INSURANCE COMPANY'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Federal Insurance Company ("Federal") (improperly named as Chubb Group of Insurance Companies) submits the following Disclosure Statement. Federal is wholly owned by the Chubb Corporation, a publicly traded corporation on the New York Stock Exchange.

FEDERAL INSURANCE COMPANY

By their Attorneys,

Darlene K. Alt (#6345)
Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER
& DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)

**CERTIFICATE OF SERVICE**

The undersigned certifies that on February 27th, 2006, a true and correct copy of the foregoing Rule 7.1 Disclosure Statement was served by U.S. mail, first-class postage prepaid, on:

Mr. Ghodrat Farahani
Ms. Ireene Aromin
126 Brook Street
Rehoboth, MA 02769

_______________________________



PRV_789501_1/RRIPPLE