UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GHODRAT FARAHANI and IREENE AROMIN<br><br>Plaintiffs,<br><br>v.<br><br>CHUBB GROUP OF INSURANCE COMPANIES; JULIE ZINK; LESLIE SHAPIRO; ALLSATE INSURANCE COMPANY; WILLIAM J. ROSS; EVENFLO COMPANY, INC.<br><br>Defendants. | ) | C.A. No. 06-89 ML |

**LOCAL RULE 81(b) STATEMENT**

Pursuant to Local Rule 81(b) of the United States District Court for the District of Rhode Island, attached hereto are certified copies of the State court records and proceedings, including a certified copy of the State court docket entries, in the matter of Ghodrat Farahani, et al v. Chubb Group of Ins. Co., et al C.A. No. PC05-5981.

FEDERAL INSURANCE COMPANY, JULIE ZINK, and LESLIE SHAPIRO

By their Attorneys,

Darlene Alt
R M. Ripple

Darlene K. Alt (#6345)
Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
Telephone: (401) 274-9200
Facsimile: (401) 276-6611

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 27th day of February, 2006, I caused a true copy of the within Local Rule 81(b) Statement to be served by first class mail, postage prepaid, to the following:

Ghodrat Farahani
126 Brook Street
Rehoboth, MA 02769

Ireene Aromin
126 Brook Street
Rehoboth, MA 02769



PRV_789188_1/EDOLAN

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2005-5981 GHODRAT FARAHANI V CHUBB GROUP OF INSURANCE CO

Filing Date: 11-18-2005
Case Status: CLOSED DURING DISCOVERY
Case Type: PER INJURY/PROPERTY DAMAGE-VI
Status Date: 02-27-2006

| Party | Attorney |
|---|---|
| Plaintiff: GHODRAT FARAHANI<br>ID: @10699428 | Attorney: PRO SE |
| Plaintiff: IREENE AROMIN<br>ID: @10699429 | |
| Defendant: CHUBB GROUP OF INSURANCE COMPANIES<br>ID: @10699430 | Attorney: DARLENE ALT<br>Attorney: RAYMOND RIPPLE |
| Defendant: JULIE ZINK<br>ID: @10699431 | Attorney: DARLENE ALT<br>Attorney: RAYMOND RIPPLE |
| Defendant: LESLIE SHAPIRO<br>ID: @10699432 | Attorney: DARLENE ALT<br>Attorney: RAYMOND RIPPLE |
| Defendant: ALL STATE INSURANCE COMPANY<br>ID: @10699433 | |
| Defendant: WILLIAM ROSS<br>ID: @10699434 | |
| Defendant: EVENFLO COMPANY INC<br>ID: @10699437 | |

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 11-18-2005 | COMPLAINT FILED | |
| 11-18-2005 | INITIAL FILING FEE | |
| 11-18-2005 | Payment Applied | A Payment of -$160.00 was made on receipt SCP215443. |
| 02-15-2006 | OTHER DOCUMENT | ORIGINAL U.S. POST OFFICE RETURN RECEIPT FOR EACH DEFT ( 6 FILED) AND A COPY OF THE COVER LETTER ACCOMPANYING SERVICE. |
| 02-20-2006 | ENTRY OF APPEARANCE | BY ATTORNEY'S DARLENE ALT AND RAYMOND RIPPLE ON BEHALF DEFENDANTS CHUBB GROUP OF INSURANCE COMPANIES AND JULIE ZINK AND LESLIE SHAPIRO. |
| 02-27-2006 | NOTICE OF REMOVAL | FROM PROVIDENCE SUPERIOR COURT. TO U.S. DISTRICT COURT. U.S. DISTRICT COURT NUMBER 2006-89ML |
| 02-27-2006 | CASE REMVD TO US DISTRICT CT | CERTIFIED COPIES OF FILE (FILED U.S. DISTRICT COURT). |
| 02-27-2006 | OTH DOC FILED DURING DISCOV | CASE REMOVED TO US DISTRICT COURT. |