# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **FARAHANI, et al.**<br><br>**Plainiffs**<br><br>**v.**<br><br>**CHUBB GROUP OF INSURANCE COMPANIES, et al.**<br><br>**Defendants** | ) | **C.A. No. 06-89ML** |

**REMOVED PLAINTIFFS GHODRAT FARAHANI AND IREENE AROMIN'S RESPONSE TO REMOVAL DEFENDANTS' "PETITION FOR REMOVAL"**

Plaintiffs Ghodrat Farahani and Ireene Aromin, pro se, respond to defendants Federal Insurance Company ("Federal"), Julie Zink, and Leslie Shapiro's "petition for removal" as follows:

1. Plaintiffs admit the statements made under removal petition's paragraph 1, except as to any factual and material omissions. Particularly see Plaintiff Ghodrat Farahani's notice of related proceedings, motion to remand, and motion for cost.

2. Plaintiffs deny removal petitions' allegations under paragraph 2 and leave the defendants to their burden of proof.

3. Plaintiffs admit the removal was timely but deny it was proper or that this court has any jurisdiction over this removed case and therefore leave the defendants to their burden of proof.

4. Regarding removal petition's requested relief under paragraph four, Plaintiffs oppose this court acquiring jurisdiction over this case as it has no statutory authority to do

so and therefore defendants are left with their burden of proof as to this court's jurisdiction.

Respectfully submitted this March 8, 2006.

Ghodrat Farahani, Plaintiff, pro se
Ireene Aromin, Plaintiff, pro se
126 Brook Street
Rehoboth, Mass 02769
Tel: 508 252-4914

**CERTIFICATE OF SERVICE**

Plaintiff, Ghodrat Farahani, certifies that on March 8, 2006, a true copy of the forgoing document was served on Darlene K. Alt, Esq., Edwards Angell Plamer & Dodge LLP, 2800 Financial Plaza, Providence, RI 02903, Paul A. Anderson, Esq., 49 Weybosset Street, Providence, RI 02903, counsels of record under this removed case, by first-class U.S. mail, postage prepaid.

Ghodrat Farahani