STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

GHODRAT FARAHANI; IREENE AROMIN

VS.

C.A. NO. 05-5981

CHUBB GROUP OF INSURANCE, COMPANIES;
JULIE ZINK; LESLIE A. SHAPIRO; ALLSTATE
INSURANCE COMPANY; WILLIAM J. ROSS;
EVENFLO COMPANY, INC.

**ANSWER OF ALLSTATE INSURANCE COMPANY AND WILLIAM J. ROSS**

**Introduction**

1. Defendants neither admit nor deny the premise for Plaintiffs' Complaint and leave the Plaintiffs to their proof thereof. Defendants so reply to Paragraph 1.

**Common Facts**

2. Defendants neither admit nor deny the allegations in Paragraphs 2, 3, 5, 6, 7, 11, 12 and 13 and leave the Plaintiffs to their proof thereof.

3. Defendants deny that Allstate Insurance Company is a Massachusetts Corporation or that any of its servants or agents were negligent or that any actions it took were improper but otherwise admit the allegations in Paragraphs 4, 8, 9 and 10.

**Count One**

4. Defendants deny the allegations in Paragraph 14.

**Count Two**

5. Defendants deny the allegations in Paragraph 15.

**Count Three**

6. Defendants neither admit nor deny the specifics of the conduct of the co-defendants and leave the Plaintiffs to their proof thereof. Defendants so reply to Paragraph 16.

**Count Four**

7. Defendants deny the allegations in Paragraph 17.

**Count Five**

8. Defendants deny the allegations in Paragraph 18.

**Count Six**

9. Defendants deny the allegations in Paragraph 19.

**Count Seven**

10. Defendants neither admit nor deny the specifics of the conduct of the co-defendants and leave the Plaintiffs to their proof thereof. Defendants so reply to Paragraph 20.

**Count Eight**

11. Defendants neither admit nor deny the specifics of the conduct of the co-defendants and leave the Plaintiffs to their proof thereof. Defendants so reply to Paragraph 21.

**Count Nine**

12. Defendants neither admit nor deny the specifics of the conduct of the co-defendants and leave the Plaintiffs to their proof thereof. Defendants so reply to Paragraph 22.

**Damages**

Defendants neither admit nor deny the specifics of Plaintiff's alleged injuries and damages and leave the Plaintiffs to their proof thereof. Defendants so reply to Paragraph 23.

**JURISDICTION**

Defendants admit that this Court has jurisdiction over this action, and so reply to Paragraph 25.

WHEREFORE, Defendants demand judgment in their favor plus the cost of defending this action.

PAUL A. ANDERSON (#0075)
49 Weybosset Street
Providence, RI 02903
401-421-8923

**FIRST AFFIRMATIVE DEFENSE**

Plaintiffs' Complaint is barred by laches.

PAUL A. ANDERSON (#0075)
49 Weybosset Street
Providence, RI 02903
401-421-8923

CERTIFICATION

I hereby certify that on the 23rd day of February, 2006, I mailed a copy of the within Answer to Mr. Ghodrat Farahani and Ms. Ireene Aromin, both pro se Plaintiffs, to 126 Brook Street, Rehoboth, Mass. 02769 and to the Clerk of the Providence Superior Court, 250 Benefit Street, Providence, R.I., 02903.