**Henry S. Kinch, Jr., Clerk**
**Providence County Superior Court**
**Licht Judicial Complex**
**250 Benefit Street**
**Providence, Rhode Island 02903**

RE: **CIVIL ACTION No. 05-5981**
**Farahani et al v. Chubb Group of Insurance Companies et al**

**Feb 15, 2006**

**Dear Clerk's Office:**

In the above referenced civil action and pursuant to the ***Rhode Island's Long-Arm Statute, §9-5-3***, enclosed please kindly find returned service for following out of state defendants:

| | |
|---|---|
| 1. Defendant Allstate Insurance Company | Services made on Feb 9, 2006 |
| 2. Defendant William J. Ross | Service made on Feb 9, 2006 |
| 3. Defendant Evenflo Company | Service made on Feb 7, 2006 |
| 4. Defendant Chubb Group of Insurance | Service made on Feb 6, 2006 |
| 5. Defendant Julie Zink | Service made on Feb 6, 2006 |
| 6. Defendant Leslie A. Shapiro | Service made on Feb 8, 2006 |

Enclosed find the original U.S. Post Office return receipt for each above defendant and a copy of the cover letter accompanying service. Please note the date of service for docketing purposes is the date delivery was made on the defendant or his or her agent as appearing on the U.S. Post Office's returned receipt.

Respectfully submitted this Feb 15, 2006.

Ghodrat Farahani, Plaintiff, pro se
Ireene Aromin, Plaintiff, Pro se
126 Brook Street
Rehoboth, Mass 02769
Tel: 508 252-4914

True Copy Attest
2/15/06
Office of Clerk of Superior Court
Counties of Providence & Bristol

FILED
HENRY S. KINCH JR., CLERK
2006 FEB 15 P 4: 11

SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ms. Leslie A. Shapiro
Chubb Group of Ins Co
One Financial Center
Boston, MA 02111-2697

A. Signature
X [signature] ☐ Agent ☒ Addressee

B. Received by (Printed Name)

C. Date of Delivery
2-7-06

D. Is delivery address different from item 1? ☒ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☒ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)
7005 1820 0002 7365 8615

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island

CERTIFIED MAIL

RETURN RECEIPT REQUESTED

**Feb 2, 2006**

**Ms. Leslie A. Shapiro**
**Chubb Group of Insurance Companies**
**One Financial Center**
**Boston, Mass 02111-2697**

RE: Farahani, et al v. Chubb Group of Insurance Companies et al
Civil Action No.: 05-5981
**[Rhode Island Civil Action]**

Dear Ms. Leslie A. Shapiro:

Please kindly take notice of this letter and the enclosed court filed document pertaining to a lawsuit against Chubb Group of Insurance Companies, Ms. Julie Zink, and Ms. Leslie A. Shapiro filed in Rhode Island. [Please do not mistake this attached Complaint for a second lawsuit also filed against you in the State of Massachusetts.]

Please enclosed find copies of the Verified Complaint and Jury Demand against you filed in the Superior Court, Providence County, Rhode Island, in the above-entitled action.

***Service of the Complaint is hereby made upon you pursuant to the Rhode Island's Long-Arm Statute, §9-5-33. You have <u>20 days</u> from the date of the receipt of this service hereof to serve on plaintiffs at the below address and to file with the said court your answer to the Complaint. Failure to respond to this complaint within the 20 days may subject you to default.***

Very truly yours,

Ghodrat Farahani, Pro se Plaintiff
126 Brook Street
Rehoboth, Mass 02769
Tel: 508 252-4914

Ireene Aromin, Pro se Plaintiff
126 Brook Street
Rehoboth, Mass 02769
Tel: 508 252-4914

A True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK

2006 FEB 15 P 4: 11

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JULIE ZINK
CHUBB INS. CO.
555 LONG WHARF DR.
NEW HAVEN, CT 06511

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X S. Mills
☐ Agent
☐ Addressee

B. Received by ( Printed Name)

C. Date of Delivery
2-6

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)* 7005 1820 0008 2161 7620

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

CERTIFIED MAIL

RETURN RECEIPT REQUESTED

RESTRICTED DELIVERY

**Feb 2, 2006**

**Ms. Julie Zink**
**Casualty Claims Examiner**
**Chubb Group of Insurance Companies**
**555 Long Wharf Drive**
**New Haven, Connecticut 06511**

RE: Farahani, et al v. Chubb Group of Insurance Companies et al
Civil Action No.: 05-5981
**[Rhode Island Civil Action]**

Dear Ms. Julie Zink:

Please kindly take notice of this letter and the enclosed court filed document pertaining to a lawsuit against Chubb Group of Insurance Companies, Ms. Julie Zink, and Ms. Leslie A. Shapiro filed in Rhode Island. [Please do not mistake this attached Complaint for a second lawsuit also filed against you in the State of Massachusetts.]

Please enclosed find copies of the Verified Complaint and Jury Demand against you filed in the Superior Court, Providence County, Rhode Island, in the above-entitled action.

***Service of the Complaint is hereby made upon you pursuant to the Rhode Island's Long-Arm Statute, §9-5-33. You must respond to this complaint within the time allowed by the Rhode Island Rules of Civil Procedure to avoid a default.***

Very truly yours,

Ghodrat Farahani, Pro se Plaintiff
126 Brook Street
Rehoboth, Mass 02769
Tel: 508 252-4914

Ireene Aronin, Pro se Plaintiff
126 Brook Street
Rehoboth, Mass 02769
Tel: 508 252-4914

FILED
HENRY S. KINCH JR., CLERK
2006 FEB 15 P 4: 18

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JOHN D. FINNEGAN
CHUBB GROUP OF INS. CO.
555 LONG WHARF DRIVE
NEW HAVEN, CT 06511

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X S. Mills ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery APR 2-6

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)* 7005 1820 0008 2161 7569

PS Form **3811**, August 2001 Domestic Return Receipt 102595-02-M-1540

True Copy Attest

[signature]

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

CERTIFIED MAIL

RETURN RECEIPT REQUESTED

RESTRICTED DELIVERY

**Feb 2, 2006**

**Mr. John D. Finnegan, President**
**Chubb Group of Insurance Companies**
**555 Long Wharf Drive**
**New Haven, Connecticut 06511**

RE: Farahani, et al v. Chubb Group of Insurance Companies et al
Civil Action No.: 05-5981
**[Rhode Island Civil Action]**

Dear Chubb Group of Insurance Companies:

Please kindly take notice of this letter and the enclosed court filed document pertaining to a lawsuit against Chubb Group of Insurance Companies, Ms. Julie Zink, and Ms. Leslie A. Shapiro filed in Rhode Island. [Please do not mistake this attached Complaint for a second lawsuit also filed against you in the State of Massachusetts.]

Please enclosed find copies of the Verified Complaint and Jury Demand against you filed in the Superior Court, Providence County, Rhode Island, in the above-entitled action.

***Service of the Complaint is hereby made upon you pursuant to the Rhode Island's Long-Arm Statute, §9-5-33. You must respond to this complaint within the time allowed by the Rhode Island Rules of Civil Procedure to avoid a default.***

Very truly yours,

Ghodrat Farahani, Pro se Plaintiff
126 Brook Street
Rehoboth, Mass 02769
Tel: 508 252-4914

Ireene Aromin, Pro se Plaintiff
126 Brook Street
Rehoboth, Mass 02769
Tel: 508 252-4914

True Copy Attest

FILED
HENRY S. KINCH JR., CLERK
2006 FEB 15 P 4: 16

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

EVENFLO COMPANY, INC.
AGENT FOR SERVICE
1801 COMMERCE DRIVE
PIQUA, OHIO 45356

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) Kris McConnell

C. Date of Delivery 2-7-06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service l*... 7005 1820 0008 2161 7590

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540

True Copy Attest

[signature]

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

CERTIFIED MAIL

RETURN RECEIPT REQUESTED

RESTRICTED DELIVERY

**Feb 2, 2006**

**Evenflo Company, Inc./**
**Agent for Service**
**1801 Commerce Drive**
**Piqua, Ohio 45356**

RE: Farahani, et al v. Chubb Group of Insurance Companies et al
Civil Action No.: 05-5981
**[Rhode Island Civil Action]**

Dear Evenflo Company, Inc./
Agent for Service:

Please kindly take notice of this letter and the enclosed court filed document pertaining to a lawsuit against Evenflo Company, Inc., filed in Rhode Island. [Please do not mistake this attached Complaint for a second lawsuit also filed against you in the State of Massachusetts.]

Please enclosed find copies of the Verified Complaint and Jury Demand against Evenflo Company, Inc. filed in the Superior Court, Providence County, Rhode Island, in the above-entitled action.

***Service of the Complaint is hereby made upon you pursuant to the Rhode Island's Long-Arm Statute, §9-5-33. You must respond to this complaint within the time allowed by the Rhode Island Rules of Civil Procedure to avoid a default.***

Very truly yours,

Ghodrat Farahani, Pro se Plaintiff
126 Brook Street
Rehoboth, Mass 02769
Tel: 508 252-4914

Ireene Aromin, Pro se Plaintiff
126 Brook Street
Rehoboth, Mass 02769
Tel: 508 252-4914

FILED
HENRY S. KINCH JR., CLERK
2006 FEB 15 P 4: 16

Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

William Kosi
Allstate Ins. Co.
2775 Sanders Rd.
North Brook, IL (60062)

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)* 7005 1820 0002 7364 7732

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol

CERTIFIED MAIL

RETURN RECEIPT REQUESTED

**Feb 4, 2006**

**William J. Ross**
**Allstate Insurance Company**
**2775 Sanders Road**
**Northbrook, IL 60062**

**RE: Farahani, et al v. Chubb Group of Insurance Companies et al**
**Civil Action No.: 05-5981 (Filed in providence County, Rhode Island)**
**Service on defendant William J. Ross, Claims Manger**
**[Claim number: 1441499198 RWR]**
**[Date of Loss: Nov 20, 1998]**
**[Name of insured: Ireene Aromin; Ghodrat Farahani]**

Dear Mr. William J. Ross:

Please kindly take notice of this letter and the enclosed court filed documents pertaining to a lawsuit against Allstate Insurance Company and Mr. William J. Ross, the claims manger, pertaining to a 1998 automobile accident in Rhode Island whereas defendants denied coverage.

Enclosed please find copy of the Verified Complaint and Jury Demand against Allstate Insurance Company and Mr. William J. Ross filed in the Providence County, Rhode Island, in the above-entitled action.

***Service of the Complaint is hereby made upon defendants Allstate Insurance Company and William J. Ross* pursuant *to the Rhode Island's Long-Arm Statute, §9-5-3. Defendants have 20 days from the date of the receipt of this service hereof to serve on plaintiffs at the below address and to file with the said above court their answer to the Complaint. Failure to respond to this complaint within the 20 days will subject the defendants to default.***

Sincerely,

Ghodrat Farahani, Pro se Plaintiff
126 Brook Street
Rehoboth, Mass 02769
Tel: 508 252-4914

Ireene Aromin, Pro se Plaintiff
126 Brook Street
Rehoboth, Mass 02769
Tel: 508 252-4914

True Copy Attest
Court

FILED
... S. KINCH JR., CLERK
2006 FEB 15 P 4: 18

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ALLSTATE INS CO.
2775 SANDERS Rd.
NORTHBROOK, IL 60062

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ALLSTATE

☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

FEB 09

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7005 1820 0002 7364 7749

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol

CERTIFIED MAIL

RETURN RECEIPT REQUESTED

**Feb 4, 2006**

**Allstate Insurance Company**
**2775 Sanders Road**
**Northbrook, IL 60062**

**RE: Farahani, et al v. Chubb Group of Insurance Companies et al**
**Civil Action No.: 05-5981 (Filed in providence County, Rhode Island)**
**Service on defendant Allstate Insurance Company**
**[Claim number: 1441499198 RWR]**
**[Date of Loss: Nov 20, 1998]**
**[Name of insured: Ireene Aromin; Ghodrat Farahani]**

Dear Allstate Insurance Company:

Please kindly take notice of this letter and the enclosed court filed documents pertaining to a lawsuit against Allstate Insurance Company and Mr. William J. Ross, the claims manger, pertaining to a 1998 automobile accident in Rhode Island whereas defendants denied coverage.

Enclosed please find copy of the Verified Complaint and Jury Demand against Allstate Insurance Company and Mr. William J. Ross filed in the Providence County, Rhode Island, in the above-entitled action.

***Service of the Complaint is hereby made upon defendants Allstate Insurance Company and William J. Ross* pursuant *to the Rhode Island's Long-Arm Statute, §9-5-3. Defendants have 20 days from the date of the receipt of this service hereof to serve on plaintiffs at the below address and to file with the said above court their answer to the Complaint. Failure to respond to this complaint within the 20 days will subject the defendants to default.***

Sincerely,

Ghodrat Farahani, Pro se Plaintiff
126 Brook Street
Rehoboth, Mass 02769
Tel: 508 252-4914

Ireene Aromin, Pro se Plaintiff
126 Brook Street
Rehoboth, Mass 02769
Tel: 508 252-4914

True Copy Attest
Office of Clerk of Superior Court
Counties of Pr... Kent & Bristol

FILED
HENRY S. KINCH JR., CLERK
2006 FEB 15 P 4: 10