UNITED STATES DISTRICT COURT
District of Rhode Island

FARAHANI, et al.

Plaintiffs

VS. C.A. NO.: 06-89ML

CHUBB GROUP OF INSRUANCE
COMPANIES, et al.

Defendants

**AFFIDAVIT OF WILLIAM J. ROSS**

I, William J. Ross, under oath, depose and state:

1. I have been employed by the Allstate Insurance Company from October 13, 1986 to present.

2. My present position is that of Staff Claim Service Adjuster and my business address is 74 Batterson Park Road, Farmington, Connecticut 06032.

3. I worked in the Allstate claims office on George Washington Highway, Lincoln, Rhode Island, from 1996 until 2002. During that period, I lived in Franklin, Massachusetts. During calendar year 1999, I handled Claim #144 149 9198 which involved claims of Ghodrat K. Farahani and Ireene Aromin relating to a loss that occurred on November 20, 1998. In mid 1999, that file was transferred to another claims representative in the Allstate office, Ms. Lisa Peters.

4. In 2002, I was transferred to the Allstate claims office in Farmington, Connecticut and I have worked there until the present time. Since my transfer, I have lived in Connecticut.

5. I have never been served with process in this case. To my knowledge and belief, Allstate's interests and my interests are presently being represented by Attorney Paul A. Anderson.

WILLIAM J. ROSS

STATE OF CONNECTICUT
COUNTY OF Hartford

In Farmington on the 28 day of March, 2006, before me personally appeared WILLIAM J. ROSS, in his capacity as Staff Claims Service Adjuster of Allstate Insurance Company, to me known and known by me to be the party executing the foregoing instrument, and he acknowledges said instrument by him executed to be his free act and deed.

Notary Public
My Commission Expires:

RICHARD L. DOUGLAS
NOTARY PUBLIC
MY COMMISSION EXPIRES MAY 31, 2007

CERTIFICATION

I hereby certify that on the 31st day of March, 2006, I mailed a copy of the within to Mr. Ghodrat Farahani and Ms. Ireene Aromin, both Pro Se, to 126 Brook Street, Rehoboth, Massachusetts 02769, and to the Clerk of the Providence Superior Court, 250 Benefit Street, Providence, Rhode Island 02903.