# Commonwealth of Massachusetts
# SUPERIOR COURT
# Case Summary
# Civil Docket

## Farahani, Individually et al v Patrons Mutual Insurance Co. of C

Details for Docket: BRCV2004-01370

| | | | |
|---|---|---|---|
| **Docket Number:** | BRCV2004-01370 | **Caption:** | Farahani, Individually et al v Patrons Mutual Insurance Co. of C |
| **Filing Date:** | 12/09/2004 | **Case Status:** | Active |
| **Status Date:** | 01/28/2005 | **Session:** | CtRm 2 - (Fall River) |
| **Lead Case:** | NA | **Case Type:** | Most |

| | | | |
|---|---|---|---|
| **TRK:** | A | **Discovery:** | 01/28/2007 |
| **Service Date:** | 05/27/2005 | **Disposition:** | 12/09/2007 |
| **Rule 15:** | 03/04/2006 | **Rule 12/19/20:** | 06/27/2005 |
| **Final PTC:** | 07/27/2007 | **Rule 56:** | 03/29/2007 |
| **Answer Date:** | 06/27/2005 | **Jury Trial:** | YES |

| | | | |
|---|---|---|---|
| **Docket Number:** | BRCV2004-01370 | **Caption:** | Farahani, Individually et al v Patrons Mutual Insurance Co. of C |
| **Filing Date:** | 12/09/2004 | **Case Status:** | Active |
| **Status Date:** | 01/28/2005 | **Session:** | CtRm 2 - (Fall River) |
| **Lead Case:** | NA | **Case Type:** | Environmental |

| | | | |
|---|---|---|---|
| **TRK:** | A | **Discovery:** | 01/28/2007 |
| **Service Date:** | 05/27/2005 | **Disposition:** | 12/09/2007 |
| **Rule 15:** | 03/04/2006 | **Rule 12/19/20:** | 06/27/2005 |
| **Final PTC:** | 07/27/2007 | **Rule 56:** | 03/29/2007 |

**Answer Date:** 06/27/2005 **Jury Trial:** YES

## Parties Involved

13 Parties Involved in Docket: BRCV2004-01370

[redacted]
[redacted] Bosworth, Individually and Official Capacity
[redacted] Patrons Mutual Ins. Co. of Conn.
[redacted] Glastonbury
[redacted] 06033
[redacted]

[redacted] Defendant
[redacted] William
[redacted] 769 Hebron Avenue
[redacted] CT
[redacted]

[redacted]
[redacted] Certuse Adjustment, Inc.
[redacted]

[redacted] Defendant
[redacted]

[redacted]
[redacted] Certuse, Individually and Official Capacity
[redacted]

[redacted] Defendant
[redacted] Louis J.
[redacted]

[redacted]
[redacted] J. Melcher Construction
[redacted] 504 Pleasant Street
[redacted] Somerset

[redacted] Defendant
[redacted]
[redacted] MA

[redacted] 02726 [redacted]

[redacted] Defendant

[redacted] Lafond, Individually and Official Capacity [redacted] Bill

[redacted] Patrons Mutual Ins. Co. of Conn. [redacted] 769 Hebron Avenue

[redacted] Glastonbury [redacted] CT

[redacted] 06033 [redacted]

[redacted] Defendant

[redacted] Melcher [redacted] Jeremy M.

[redacted] 504 Pleasant Street [redacted]

[redacted] Somerset [redacted] MA

[redacted] 02726 [redacted]

[redacted] Defendant

[redacted] Patrons Mutual Insurance Co. of Conn. [redacted]

[redacted] 769 Hebron Avenue [redacted]

[redacted] Glastonbury [redacted] CT

[redacted] 06033 [redacted]

[redacted] Defendant

[redacted] Siclari, Individually and Official Capacity [redacted] William

[redacted] Patrons Mutual Ins. Co. of Conn. [redacted] 769 Hebron Avenue

[redacted] Glastonbury [redacted] CT

[redacted] 06033 [redacted]

[redacted] Williams, Individually and Official Capacity

[redacted] FILE COPY

[redacted]

Aromin

126 Brook Street

Rehoboth

02769

[redacted]

Farahani, Individually

126 Brook Street

Rehoboth

02769

[redacted]

[redacted] Defendant

Glenn

[redacted] Other interested party

[redacted] Plaintiff

Ireene

MA

[redacted] Plaintiff

Ghodrat

MA

[redacted] Plaintiff

[redacted] GK
[redacted] 126 Brook St.
[redacted] Rehoboth
[redacted] 02769
[redacted]

[redacted]
[redacted] MA
[redacted]

---

## Attorneys Involved

---

24 Attorneys Involved for Docket: BRCV2004-01370

[redacted]
[redacted] Burke
[redacted] 175 Federal Street
[redacted] Boston
[redacted] 02110
[redacted] 617-482-0600
[redacted] 617-482-0604

[redacted] ADLE02
[redacted] William F
[redacted]
[redacted] MA
[redacted] 2890
[redacted]
[redacted] Patrons Mutual Insurance Co. of Conn., (Defendant)

[redacted]
[redacted] Daum
[redacted] One Boston Place
[redacted] Boston
[redacted] 02108
[redacted] 617-557-5900
[redacted] 617-557-5999

[redacted] ROBI04
[redacted] Caryn L
[redacted]
[redacted] MA
[redacted]
[redacted] Patrons Mutual Insurance Co. of Conn., (Defendant)

[redacted]
[redacted] Burke
[redacted] 175 Federal Street
[redacted] Boston

[redacted] ADLE02
[redacted] William F
[redacted]
[redacted] MA

[redacted] 02110

[redacted] 617-482-0600

[redacted] 617-482-0604

[redacted]

[redacted] Daum

[redacted] One Boston Place

[redacted] Boston

[redacted] 02108

[redacted] 617-557-5900

[redacted] 617-557-5999

[redacted]

[redacted] Burke

[redacted] 175 Federal Street

[redacted] Boston

[redacted] 02110

[redacted] 617-482-0600

[redacted] 617-482-0604

[redacted]

[redacted] Daum

[redacted] One Boston Place

[redacted] Boston

[redacted] 02108

[redacted] 617-557-5900

[redacted] 617-557-5999

[redacted]

[redacted] 2890

[redacted]

Siclari, Individually and Official Capacity, William (Defendant)

[redacted] ROBI04

[redacted] Caryn L

[redacted]

MA

[redacted]

Siclari, Individually and Official Capacity, William (Defendant)

[redacted] ADLE02

[redacted] William F

[redacted]

MA

[redacted] 2890

[redacted]

Bosworth, Individually and Official Capacity, William (Defendant)

[redacted] ROBI04

[redacted] Caryn L

[redacted]

MA

[redacted]

Bosworth, Individually and Official Capacity, William (Defendant)

[redacted] ADLE02

[redacted] Burke
[redacted] 175 Federal Street
[redacted] Boston
[redacted] 02110
[redacted] 617-482-0600
[redacted] 617-482-0604

[redacted]
[redacted] Daum
[redacted] One Boston Place
[redacted] Boston
[redacted] 02108
[redacted] 617-557-5900
[redacted] 617-557-5999

[redacted]
[redacted] Burke
[redacted] 175 Federal Street
[redacted] Boston
[redacted] 02110
[redacted] 617-482-0600
[redacted] 617-482-0604

[redacted]
[redacted] Daum
[redacted] One Boston Place
[redacted] Boston
[redacted] 02108
[redacted] 617-557-5900
[redacted] 617-557-5999

[redacted] William F
[redacted]
[redacted] MA
[redacted] 2890
[redacted]
[redacted] Lafond, Individually and Official Capacity, Bill (Defendant)

[redacted] ROBI04
[redacted] Caryn L
[redacted]
[redacted] MA
[redacted]
[redacted] Lafond, Individually and Official Capacity, Bill (Defendant)

[redacted] ADLE02
[redacted] William F
[redacted]
[redacted] MA
[redacted] 2890
[redacted]
[redacted] Certuse Adjustment, Inc., (Defendant)

[redacted] ROBI04
[redacted] Caryn L
[redacted]
[redacted] MA
[redacted]
[redacted] Certuse Adjustment, Inc., (Defendant)

[redacted] Rockas
155 Federal Street
Boston
02110
617-422-5300
617-423-6917

[redacted] WILS03
George C
5th Floor
MA
Certuse Adjustment, Inc., (Defendant)

[redacted] Kelly
155 Federal Street
Boston
02110
617-422-5300
617-423-6917

[redacted] WILS03
Kathleen E
MA
Certuse Adjustment, Inc., (Defendant)

[redacted] Burke
175 Federal Street
Boston
02110
617-482-0600
617-482-0604

[redacted] ADLE02
William F
MA
2890
Williams, Individually and Official Capacity, Glenn (Defendant)

[redacted] Daum
One Boston Place
Boston
02108

[redacted] ROBI04
Caryn L
MA

[redacted] 617-557-5900

[redacted] 617-557-5999

[redacted]

[redacted] Rockas

[redacted] 155 Federal Street

[redacted] Boston

[redacted] 02110

[redacted] 617-422-5300

[redacted] 617-423-6917

[redacted]

[redacted] Kelly

[redacted] 155 Federal Street

[redacted] Boston

[redacted] 02110

[redacted] 617-422-5300

[redacted] 617-423-6917

[redacted]

[redacted] Burke

[redacted] 175 Federal Street

[redacted] Boston

[redacted] 02110

[redacted] 617-482-0600

[redacted] 617-482-0604

[redacted]

[redacted] Daum

[redacted]

[redacted] Williams, Individually and Official Capacity, Glenn (Defendant)

[redacted] WILS03

[redacted] George C

[redacted] 5th Floor

[redacted] MA

[redacted]

[redacted] Williams, Individually and Official Capacity, Glenn (Defendant)

[redacted] WILS03

[redacted] Kathleen E

[redacted]

[redacted] MA

[redacted]

[redacted] Williams, Individually and Official Capacity, Glenn (Defendant)

[redacted] ADLE02

[redacted] William F

[redacted]

[redacted] MA

[redacted] 2890

[redacted]

[redacted] Certuse, Individually and Official Capacity, Louis J. (Defendant)

[redacted] ROBI04

[redacted] Caryn L

| | | | |
|---|---|---|---|
| [redacted] | One Boston Place | [redacted] | |
| [redacted] | Boston | [redacted] | MA |
| [redacted] | 02108 | [redacted] | |
| [redacted] | 617-557-5900 | [redacted] | |
| [redacted] | 617-557-5999 | [redacted] | Certuse, Individually and Official Capacity, Louis J. (Defendant) |
| [redacted] | | [redacted] | WILS03 |
| [redacted] | Rockas | [redacted] | George C |
| [redacted] | 155 Federal Street | [redacted] | 5th Floor |
| [redacted] | Boston | [redacted] | MA |
| [redacted] | 02110 | [redacted] | |
| [redacted] | 617-422-5300 | [redacted] | |
| [redacted] | 617-423-6917 | [redacted] | Certuse, Individually and Official Capacity, Louis J. (Defendant) |
| [redacted] | | [redacted] | WILS03 |
| [redacted] | Kelly | [redacted] | Kathleen E |
| [redacted] | 155 Federal Street | [redacted] | |
| [redacted] | Boston | [redacted] | MA |
| [redacted] | 02110 | [redacted] | |
| [redacted] | 617-422-5300 | [redacted] | |
| [redacted] | 617-423-6917 | [redacted] | Certuse, Individually and Official Capacity, Louis J. (Defendant) |
| [redacted] | | [redacted] | ADLE02 |
| [redacted] | Burke | [redacted] | William F |
| [redacted] | 175 Federal Street | [redacted] | |
| [redacted] | Boston | [redacted] | MA |
| [redacted] | 02110 | [redacted] | 2890 |
| [redacted] | 617-482-0600 | [redacted] | |
| [redacted] | 617-482-0604 | [redacted] | J. Melcher Construction, (Defendant) |

[redacted]
[redacted] Daum
[redacted] One Boston Place
[redacted] Boston
[redacted] 02108
[redacted] 617-557-5900
[redacted] 617-557-5999

[redacted] ROBI04
[redacted] Caryn L
[redacted]
[redacted] MA
[redacted]
[redacted]
[redacted] J. Melcher Construction, (Defendant)

[redacted]
[redacted] Burke
[redacted] 175 Federal Street
[redacted] Boston
[redacted] 02110
[redacted] 617-482-0600
[redacted] 617-482-0604

[redacted] ADLE02
[redacted] William F
[redacted]
[redacted] MA
[redacted] 2890
[redacted]
[redacted] Melcher, Jeremy M. (Defendant)

[redacted]
[redacted] Daum
[redacted] One Boston Place
[redacted] Boston
[redacted] 02108
[redacted] 617-557-5900
[redacted] 617-557-5999

[redacted] ROBI04
[redacted] Caryn L
[redacted]
[redacted] MA
[redacted]
[redacted]
[redacted] Melcher, Jeremy M. (Defendant)

## Calendar Events

6 Calendar Events for Docket: BRCV2004-01370

| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
|---|---|---|---|---|---|
| 1 | 12/09/2004 | 08:30 | Status: by clerk | C | Event held as scheduled |
| 2 | 12/29/2004 | 09:00 | Motion/Hearing: | A | Event canceled not re-scheduled |

| | | | | | |
|---|---|---|---|---|---|
| | | | miscellaneous | | |
| 3 | 01/10/2005 | 08:30 | Status: Clerk Follow UP | C | Event held as scheduled |
| 4 | 01/04/2006 | 14:00 | Motion/Hearing: Compel | B | Event rescheduled by court prior to date |
| 5 | 01/09/2006 | 14:00 | Status: by clerk | B | Event held as scheduled |
| 6 | 01/18/2006 | 14:00 | Motion/Hearing: miscellaneous | B | Event held as scheduled |

## Full Docket Entries

286 Docket Entries for Docket: BRCV2004-01370

| | | |
|---|---|---|
| 12/09/2004 | 2 | Complaint & civil action cover sheet filed |
| 12/09/2004 | | Origin 1, Type B21, Track A. |
| 12/09/2004 | 1 | Plaintiff Ghodrat Farahani, Ind's MOTION to waive filing fees, cost |
| 12/09/2004 | 1 | of process with supporting application and exhibits. |
| 12/09/2004 | 3 | Plaintiff Ghodrat Farahani, Ind's Motion for Description of minor |
| 12/09/2004 | 3 | plaintiff under pseudonym in the above titled action; Affidavit of |
| 12/09/2004 | 3 | Identity. |
| 12/09/2004 | | Notice of 93A complaint sent to Attorney General |
| 12/10/2004 | | MOTION (P#1) DENIED The Plaintiff does not qualify as indigent. (John |
| 12/10/2004 | | P. Connor, Jr., Justice) Notices mailed December 14, 2004 |
| 12/10/2004 | | MOTION (P#1) This matter shall be dismissed unless the appropriate |
| 12/10/2004 | | filing fee is paid on or before January 10, 2005. (John P. Connor, |
| 12/10/2004 | | Jr., Justice - Joseph T. Vincent, Jr., Asst. Clerk/Magistrate) |
| 12/10/2004 | | Notices mailed December 14, 2004 |
| 12/10/2004 | | MOTION (P#3) ALLOWED. (John P. Connor, Jr., Justice) Notices mailed |
| 12/10/2004 | | December 14, 2004 |
| 12/16/2004 | 4 | Plaintiff Ghodrat Farahani, Ind's MOTION for reconsideration of their |
| 12/16/2004 | 4 | application for Indigency and Alternatively a request for hearing |
| 12/16/2004 | 4 | pursuant to G.L.C. 261, S27C(4). |
| 12/17/2004 | | MOTION (P#4) - Denial of Motion is vacated; Plaintiff shall be |
| 12/17/2004 | | afforded a hearing; date to be set up by Clerk (John P. Connor, Jr., |
| 12/17/2004 | | Justice) Notices mailed December 20, 2004 |
| 12/22/2004 | | Notice sent to appear on December 29, 2004 for a hearing on Motion |

| | | |
|---|---|---|
| 12/22/2004 | | to waive filing fees etc. |
| 12/28/2004 | | Plffs' Verified Motion to Waive Filing Fee, cost of process with |
| 12/28/2004 | | supporting application P#1 after consideration, motion allowed. |
| 12/28/2004 | | (Richard J. Chin, Justice) |
| 01/07/2005 | 5 | Amended complaint of Ghodrat Farahani, Ind, GK, Ireene Aromin |
| 01/19/2005 | 6 | SERVICE RETURNED (summons): Louis J. Certuse, service made on January |
| 01/19/2005 | 6 | 14, 2005 (agent in charge service) |
| 01/19/2005 | 7 | SERVICE RETURNED (summons): Certuse Adjustment, Inc., service made on |
| 01/19/2005 | 7 | January 14, 2005 (agent in charge service) |
| 01/19/2005 | 8 | SERVICE RETURNED (summons): Glenn Williams, service made on January |
| 01/19/2005 | 8 | 14, 2005 (agent in charge service) |
| 01/28/2005 | 9 | Atty William F Burke's notice of appearance for Patrons Mutual Ins Co |
| 01/28/2005 | 9 | of Conn, William Siclari, William Bosworth, Bill Lafond, Certuse |
| 01/28/2005 | 9 | Adjustment, Inc., Glenn Williams, Louis J. Certuse, J. Melcher |
| 01/28/2005 | 9 | Construction, Jeremy M. Melcher |
| 01/28/2005 | 10 | ANSWER: (Defendants) |
| 03/02/2005 | 11 | Plaintiff Ghodrat Farahani, Ind, GK, Ireene Aromin's MOTION for |
| 03/02/2005 | 11 | Sanctions; Defts' Opposition; Request for Hearing; Affidavit of |
| 03/02/2005 | 11 | Compliance with Rule 9A. |
| 03/02/2005 | 12 | Plaintiff Ghodrat Farahani, Ind, GK, Ireene Aromin's MOTION to strike |
| 03/02/2005 | 12 | Defts' insufficient affirmative defenses pursuant to MRCP 8, 11(a) & |
| 03/02/2005 | 12 | 12(f); Defts' Opposition; Request for Hearing; Affidavit of |
| 03/02/2005 | 12 | Compliance with Rule 9A. |
| 03/02/2005 | 13 | Plaintiff Ghodrat Farahani, Ind, GK, Ireene Aromin's MOTION to compel |
| 03/02/2005 | 13 | Patrons Mutual Ins Co of Conn's to comply with G.L. c. 175, Sec. 112C |
| 03/02/2005 | 13 | and for cost and attorneys' fees as authorized under section 112C & |
| 03/02/2005 | 13 | G.L. c. 231, Sec. 6F; Defts' Opposition; Plff's request for |
| 03/02/2005 | 13 | evidentiary hearing; Affidavit of Compliance with Rule 9A. |
| 03/02/2005 | 14 | Plaintiff Ghodrat Farahani, Ind, GK, Ireene Aromin's MOTION to strike |
| 03/02/2005 | 14 | Defts' answer to Plffs' first amended verified complaint fort being |
| 03/02/2005 | 14 | sham false, and an abuse of process pursuant to MRCP 8, 11(a) & |
| 03/02/2005 | 14 | 12(f); Defts' Opposition; Request for expedited hearing; affidavit of |
| 03/02/2005 | 14 | compliance with Rule 9A. |
| 03/03/2005 | | MOTION (P#11) DENIED. Any claims of bad faith are premature in that |
| 03/03/2005 | | the court cannot make such a determination at the pleading stage. |
| 03/03/2005 | | This ruling does not preclude a remedy under G.L. c. 231, Sec. 6F in |

| | | |
|---|---|---|
| 03/03/2005 | | the event of a judgment in plaintiff's favor. (Richard T. Moses, |
| 03/03/2005 | | Justice) Notices mailed March 04, 2005 |
| 03/03/2005 | | MOTION (P#12) DENIED. The plaintiffs are not precluded from |
| 03/03/2005 | | propounding interrogatories seeking the basis for the affirmative |
| 03/03/2005 | | defenses asserted. (Richard T. Moses, Justice) Notices mailed March |
| 03/03/2005 | | 04, 2005 |
| 03/03/2005 | | MOTION (P#13) The motion to compel is DENIED as moot. There is a |
| 03/03/2005 | | dispute as to whether the coverage information was previously |
| 03/03/2005 | | provided hence the motion for damages is denied without prejudice to |
| 03/03/2005 | | be renewed at trial. (Richard T. Moses, Justice) Notices mailed March |
| 03/03/2005 | | 04, 2005 |
| 03/03/2005 | | MOTION (P#14) DENIED. See ruling on pleading #11. (Richard T. Moses, |
| 03/03/2005 | | Justice) Notices mailed March 04, 2005 |
| 03/09/2005 | 15 | Plaintiff Ghodrat Farahani, Ind's emergency , ex parte, and verified |
| 03/09/2005 | 15 | MOTION and in the alternatively a writ of mandamus directed to the |
| 03/09/2005 | 15 | Commonwealth of Massachusetts to recuse Honorable Justice Richard T. |
| 03/09/2005 | 15 | Moses and to vacate his orders and rulings for utterly and repeatedly |
| 03/09/2005 | 15 | failing to deliver an impartial, competent, and fair Justice; For |
| 03/09/2005 | 15 | repeatedly and inappropriately disregarding the Superior Court Rule |
| 03/09/2005 | 15 | 9A(a)(4), Mass. R. Civ. P. 8 & 11, and the code of Judicial Conducts; |
| 03/09/2005 | 15 | and for lacking jurisdiction over the plaintiff. |
| 03/10/2005 | | MOTION (P#15) The Court finds that there are no circumstances which |
| 03/10/2005 | | would render this motion an "emergency motion". The motion is denied |
| 03/10/2005 | | without prejudice for failure to comply with Rule 9A. (Richard T. |
| 03/10/2005 | | Moses, Justice). Notices mailed March 10, 2005 |
| 03/11/2005 | 16 | Plaintiff's Ex Parte Request for Reconsideration on the urgent nature |
| 03/11/2005 | 16 | of the motion to recuse; Certificate of Service. |
| 03/14/2005 | | Plaintiffs' motion #16: ex parte for reconsideration of motion to |
| 03/14/2005 | | recuse, after review of the pleadings, this motion is DENIED. The |
| 03/14/2005 | | Defendants have a right to be heard on this matter. (Moses, J.) |
| 03/23/2005 | 17 | Plaintiff Ghodrat Farahani, Ind's emergency MOTION and verified |
| 03/23/2005 | 17 | motion and alternatively a writ of mandamus directed to the |
| 03/23/2005 | 17 | Commonwealth of Massachusetts to recuse Honorable Justice Richard T. |
| 03/23/2005 | 17 | Moses and to vacate all his orders and rulings for utterly and |
| 03/23/2005 | 17 | repeatedly failing to deliver an impartial, competent, and fair |
| 03/23/2005 | 17 | Justice; for repeatedly and inappropriately disregarding the Superior |

| | | |
|---|---|---|
| 03/23/2005 | 17 | Court Rule 9A (a)(4), Mass. R. Civ. P. 8 & 11, and the code of |
| 03/23/2005 | 17 | judicial conducts; and for lacking jurisdiction over the plaintiff; |
| 03/23/2005 | 17 | Affidavit of Compliance and Certificate of Service. |
| 03/23/2005 | 18 | Plaintiff Ghodrat Farahani, Ind's MOTION to compel defendant, Patrons |
| 03/23/2005 | 18 | Mutual Insurance Company to comply with plaintiff first request for |
| 03/23/2005 | 18 | Production of Documents with demand for costs; Affidavit of |
| 03/23/2005 | 18 | Compliance Rule 9A and Rule 9C; Certificate of Service. |
| 03/24/2005 | 19 | Opposition to Plff's Motion to Recuse filed with the Court filed by |
| 03/24/2005 | 19 | Patrons Mutual Ins Co of Conn, William Siclari, William Bosworth, |
| 03/24/2005 | 19 | Bill Lafond, Certuse Adjustment, Inc., Glenn Williams, Louis J. |
| 03/24/2005 | 19 | Certuse, J. Melcher Construction, Jeremy M. Melcher |
| 03/25/2005 | 20 | Ex Parte Opposition to Defts' Ex Parte demands as asserted under |
| 03/25/2005 | 20 | Defts' reponse to the motion to recuse and demand for an abuse of |
| 03/25/2005 | 20 | process inquiry filed by Ghodrat Farahani, Ind, GK, Ireene Aromin |
| 03/31/2005 | 21 | Defendant Patrons Mutual Ins Co of Conn's MOTION for Protective |
| 03/31/2005 | 21 | Order; Plff's Ex Parte Opposition. |
| 04/05/2005 | 22 | Plaintiffs' MOTION to extend time for service of process; Affidavit |
| 04/05/2005 | 22 | of Compliance and no opposition; Certificate of Service. |
| 04/05/2005 | 23 | Plaintiffs' Motion to Waive Docketing of Service on defendants, J. |
| 04/05/2005 | 23 | Melcher Construction and Jerome M. Melcher and Alternatively for |
| 04/05/2005 | 23 | Leave of Court to Serve these defendants with a second |
| 04/05/2005 | 23 | service/process; Affidavit of Ghodrat Farahani; Affidavit of |
| 04/05/2005 | 23 | Compliance and no opposition; Certificate of Service. |
| 04/06/2005 | | MOTION (P#22) No opposition having been filed the within motion is |
| 04/06/2005 | | allowed. The time for service of process is extended up to and |
| 04/06/2005 | | including May 27, 2005. (Richard T. Moses, Justice). Notices mailed |
| 04/06/2005 | | April 06, 2005 |
| 04/06/2005 | | MOTION (P#23) In lieu of docketing the original summons the |
| 04/06/2005 | | plaintiffs shall within 21 days obtain a statement from the Bristol |
| 04/06/2005 | | County Sheriff's Office confirming that service was made. Such |
| 04/06/2005 | | statement shall be filed with the court together with a copy of the |
| 04/06/2005 | | summonses which were served. (Richard T. Moses, Justice). Notices |
| 04/06/2005 | | mailed April 06, 2005 |
| 04/11/2005 | 24 | SERVICE RETURNED: Patrons Mutual Ins Co of Conn (Defendant) |
| 04/11/2005 | 25 | SERVICE RETURNED: William Siclari (Defendant) |
| 04/11/2005 | 26 | SERVICE RETURNED: William Bosworth (Defendant) |

| | | |
|---|---|---|
| 04/11/2005 | 27 | Plaintiff Ghodrat Farahani, Ind, GK, Ireene Aromin's ex parte MOTION |
| 04/11/2005 | 27 | requesting the Superior Court to enter its Order on Plff's Motion to |
| 04/11/2005 | 27 | Recuse |
| 04/13/2005 | | MOTION (P#17) DENIED. (See Memorandum of Decision dated March 29, |
| 04/13/2005 | | 2005 in docket #2003-00631. (Richard T. Moses, Justice) Notices |
| 04/13/2005 | | mailed April 13, 2005 |
| 04/19/2005 | 28 | Notice of Interlocutory Appeal filed by plaintiff, Ghodrat Farahani, |
| 04/19/2005 | 28 | Ind (Denial of Motion 27 to Recuse dated April 13. 2005) |
| 04/20/2005 | 29 | Defendant Patrons Mutual Ins Co of Conn's MOTION for Protective |
| 04/20/2005 | 29 | Order; Plff's exparte opposition. |
| 04/22/2005 | 30 | Plaintiff Ghodrat Farahani, Ind's MOTION for leave of Court to add |
| 04/22/2005 | 30 | parties and to consolidate cases; Defendants, Patrons Mutual Insuance |
| 04/22/2005 | 30 | Company of Connecticut Opposition; |
| 04/22/2005 | 31 | Plaintiff, Ghodrat Farahani's MOTION to strike Patrons Mutual and |
| 04/22/2005 | 31 | Other defendants' Opposition to Consolidation pursuant to Mass. R. |
| 04/22/2005 | 31 | Civ. P. 11(A) and Superior Court Rule 9A(B)(3) and Prayer for the |
| 04/22/2005 | 31 | Proposed Consolidation Order; Affidavit of Compliance and Affidavit |
| 04/22/2005 | 31 | of Plaintiff, Ghodrat Farahani with Demand for Urgent Hearing on |
| 04/22/2005 | 31 | Consolidation of cases affecting tracking order and discovery |
| 04/22/2005 | 31 | deadlines. |
| 05/03/2005 | | MOTION (P#29) The Defendant must file a full and complete response to |
| 05/03/2005 | | the request for production of documents, producing such documents |
| 05/03/2005 | | which are not objected to and providing specific objections with |
| 05/03/2005 | | respect to privileged documents (and such other documents which the |
| 05/03/2005 | | defendant objects to producing). The plaintiff may then move to |
| 05/03/2005 | | compel production of documents which are objected to after the |
| 05/03/2005 | | parties have complied with rule 9 (c). the within motion is denied. |
| 05/03/2005 | | (Richard T. Moses, Justice). Notices mailed May 05, 2005 |
| 05/09/2005 | 32 | SERVICE RETURNED (summons): Jeremy M. Melcher, service made on |
| 05/09/2005 | 32 | January 21, 2005 (last and usual) |
| 05/09/2005 | 33 | SERVICE RETURNED (summons): J. Melcher Construction, service made on |
| 05/09/2005 | 33 | January 21, 2005 (agent in charge service) |
| 05/13/2005 | 34 | Notice of Interlocutory Appeal filed by plaintiff, Ghodrat Farahani |
| 05/13/2005 | 34 | regarding the Bristol Superior Court, the Clerk's Office, and Judge |
| 05/13/2005 | 34 | Richard T. Moses on the following docket entries (#153, 154, 156, |
| 05/13/2005 | 34 | 157,158, 159, 106,161, 163,164, 165,169 and 172) in Plaintiffs' Civil |

| | | |
|---|---|---|
| 05/13/2005 | 34 | # 2003-00631 and (#18, 20, 30, and 31 in Plaintiffs Civil # |
| 05/13/2005 | 34 | 2004-01370 and all issues and matters that Judge Richart T. Moses |
| 05/13/2005 | 34 | acted on or refuses to act on since March 7, 2005 matter of recusal |
| 06/03/2005 | | MOTION (P#30) DENIED (Richard T. Moses, Justice) Notices mailed June |
| 06/03/2005 | | 06, 2005 |
| 06/03/2005 | | MOTION (P#31) DENIED (Richard T. Moses, Justice) Notices mailed June |
| 06/03/2005 | | 06, 2005 |
| 09/09/2005 | 35 | Atty Caryn L Daum's notice of appearance for Defendants |
| 09/09/2005 | 36 | Atty William F Burke's withdrawal of appearance filed re: Defendants |
| 10/17/2005 | 37 | Atty Caryn L Daum's withdrawal of appearance filed re: certain |
| 10/17/2005 | 37 | defendants |
| 10/17/2005 | 38 | Atty George C Rockas's notice of appearance for Certuse Adjustment, |
| 10/17/2005 | 38 | Inc., Glenn Williams, and Louis J. Centuse. |
| 10/17/2005 | 39 | Atty Kathleen E Kelly's notice of appearance for Centuse Adjustment, |
| 10/17/2005 | 39 | Inc. Glenn Williams, and Louis J. Centuse |
| 11/07/2005 | | Pleading, Opposition of Record Keeper Deponent to Plff., Ghodrat |
| 11/07/2005 | | Farahani's Motion to Compel Non-Party Witness, returned to L. Jeffrey |
| 11/07/2005 | | Meehan, Esq.: Not in Compliance with Rule 9A and no motion on file. |
| 11/15/2005 | 40 | Plff., Ghodrat Farahani's Motion to Compel Witness, A.S.A.P. |
| 11/15/2005 | 40 | Adjustment Service, Inc to comply with subpoena duces tecum and for |
| 11/15/2005 | 40 | costs; Affidavit of compliance with Superior Court Rule 9A |
| 11/15/2005 | 41 | Plff., Ghodrat Farahani's Motion to Compel Non-party Witness, |
| 11/15/2005 | 41 | Towers-Lemos Insurance Agency, to comply with subpoena duces tecum |
| 11/15/2005 | 41 | and for costs; Affidavit of compliance with Superior Court Rule 9A |
| 12/02/2005 | 42 | Plaintiff Ghodrat Farahani, Ind's MOTION to Disqualify the Clerk's |
| 12/02/2005 | 42 | Office From All Adjudicative Functions and for Other Relief; 9A |
| 12/02/2005 | 42 | Affidavit of Compliance |
| 12/15/2005 | | Notice sent to appear on January 18, 2006 for a hearing on all |
| 12/15/2005 | | pending motions. |
| 12/15/2005 | 43 | ORDER: Counsel and parties appearing pro-se shall file with the |
| 12/15/2005 | 43 | Court a list of all pending motions. Said list shall include the |
| 12/15/2005 | 43 | following: (1) full name of each motion (2) full name of each |
| 12/15/2005 | 43 | opposition filed in response thereto (3) the docket number of the |
| 12/15/2005 | 43 | case in which said motion and opposition are filed and (4) the |
| 12/15/2005 | 43 | pleading number assigned by the Court to each such motion and |
| 12/15/2005 | 43 | objection. This list shall be filed with the Court, and served upon |

| | | |
|---|---|---|
| 12/15/2005 | 43 | opposing counsel and parties appearing pro-se, on or before January |
| 12/15/2005 | 43 | 4, 2006. (McLaughlin, J.) |
| 12/23/2005 | 44 | Plaintiff Ghodrat Farahani, Ind's MOTION directed to the Hon. |
| 12/23/2005 | 44 | Presiding Judge of the Fall River Superior Court to promptly allow |
| 12/23/2005 | 44 | Plff.'s two unopposed motions to compel certain nonparty witnesses; |
| 12/23/2005 | 44 | Plff.'s affidavit of no opposition, notice of filing, list of |
| 12/23/2005 | 44 | documents and affidavit of compliance with Superior Court Rule 9A |
| 12/27/2005 | 45 | ORDER PLAINTIFF'S REQUEST FOR SPECIAL ASSIGNMENT AND MOTION TO |
| 12/27/2005 | 45 | CONSOLIDATE: After due consideration of the request for special |
| 12/27/2005 | 45 | assignment in the above captioned case, said request is hereby |
| 12/27/2005 | 45 | DENIED. Further, Plaintiff's request for consolidation of this case |
| 12/27/2005 | 45 | with Farahani, Ind., et al. v. Hingham Mutual Fire Ins. Co., et al., |
| 12/27/2005 | 45 | Bristol Civil Action No. 2003-631, must be filed in accordance with |
| 12/27/2005 | 45 | the Mass. Rules of Civil Procedure, in the session where one of the |
| 12/27/2005 | 45 | two cases is pending after notice to all parties in both cases. The |
| 12/27/2005 | 45 | Clerk-Magistrate's office will notify all counsel of record. (Barbara |
| 12/27/2005 | 45 | J. Rouse, Chief Justice of the Superior Court) |
| 01/04/2006 | 46 | Patron's Mutual Ins. Co. of Conn., W. Siclari, W. Bosworth, B. |
| 01/04/2006 | 46 | Lafond, J. Melcher Construction and J.M. Melcher's List of Motions |
| 01/04/2006 | 46 | and Oppositions Per Order of Judge McLaughlin Dated December 15, 2005 |
| 01/04/2006 | 47 | Plaintiff's List of Pending Motions Scheduled for Hearing for January |
| 01/04/2006 | 47 | 18, 2006 Pursuant to Hon. Judge McLaughlin's Orders |
| 01/05/2006 | 48 | Defts., Certuse Adjustment, Inc., Glenn Williams, in his ind. and |
| 01/05/2006 | 48 | official capacity, Louis j. Certuse in his ind. and officeial |
| 01/05/2006 | 48 | capacity's List of Motions and Oppositions per order of Judge |
| 01/05/2006 | 48 | McLaughlin dated December 15, 2005. |
| 01/05/2006 | 49 | Atty Caryn L Daum's notice of appearance for Patrons Mutual Insurance |
| 01/05/2006 | 49 | Co. of Conn., William Siclari, Ind. and Official Capacity, William |
| 01/05/2006 | 49 | Bosworth, Ind. and Official Capacity, Bill Lafond, Ind. and Official |
| 01/05/2006 | 49 | Capacity, J. Melcher Construction and Jeremy Melcher. |
| 01/18/2006 | 50 | Plaintiff Ghodrat Farahani, Ind's MOTION to compel Certain Attorney's |
| 01/18/2006 | 50 | to Disclose Certain Facts With Costs; Plf's Statements in Support of |
| 01/18/2006 | 50 | Motion; Deft's Patrons, William Siclari, William Bosworth, Bill |
| 01/18/2006 | 50 | Lafond, J.Melcher Construction, and Jeremy Melcher's Opposition; |
| 01/18/2006 | 50 | Deft's Certuse Adjustments, Inc., Glenn Williams, Louis Certuse, |
| 01/18/2006 | 50 | Opposition; Deft William Blinn Adjusting, Co. and Robert Cooper's |

| | | |
|---|---|---|
| 01/18/2006 | 50 | Opposition; Plf's Notice of Filing; Plf's Affidavit of Compliance |
| 01/18/2006 | | Hearing on pending motions held, matter taken under advisement. (D. |
| 01/18/2006 | | Lloyd Macdonald, Justice) |
| 01/23/2006 | 51 | Defendant Patrons Mutual Insurance Co. of Conn., William Siclari, |
| 01/23/2006 | 51 | Ind. and Official Capacity, William Bosworth, Ind. and Official |
| 01/23/2006 | 51 | Capacity, Bill Lafond, Ind. and Official Capacity, Certuse |
| 01/23/2006 | 51 | Adjustment, Inc., Glenn Williams, Ind. and Official Capacity, Louis |
| 01/23/2006 | 51 | J. Certuse, Ind. and Official Capacity, J. Melcher Construction, |
| 01/23/2006 | 51 | Jeremy M. Melcher's emergency MOTION to to strike Plffs' statements |
| 01/23/2006 | 51 | in support of Plff., Ghodrat Frahani's Motion Directed to Honorable |
| 01/23/2006 | 51 | Judge D. Lloyd Macdonald for certain relief. |
| 01/23/2006 | 52 | Defendant Patrons Mutual Insurance Co. of Conn., William Siclari, |
| 01/23/2006 | 52 | Ind. and Official Capacity, William Bosworth, Ind. and Official |
| 01/23/2006 | 52 | Capacity, Bill Lafond, Ind. and Official Capacity, Certuse |
| 01/23/2006 | 52 | Adjustment, Inc., Glenn Williams, Ind. and Official Capacity, Louis |
| 01/23/2006 | 52 | J. Certuse, Ind. and Official Capacity, J. Melcher Construction, |
| 01/23/2006 | 52 | Jeremy M. Melcher's emergency MOTION to strike Plffs' statements in |
| 01/23/2006 | 52 | support of Plff., Ghodrat Farahani's Motion to Compel certain Attys. |
| 01/23/2006 | 52 | to disclose certain facts with cost. |
| 01/23/2006 | 53 | Opposition to Defts' two joint and Emergency Motions to Strike and |
| 01/23/2006 | 53 | demand for costs. filed by Ghodrat Farahani, Ind, and Ireene Aromin |
| 02/21/2006 | | MOTION (P#40) DENIED. See consolidated Memorandum and Order of this |
| 02/21/2006 | | date entered in Hingham Mutual case #03-00631 as to docket Document |
| 02/21/2006 | | numbers 197 and 209. (D. Lloyd Macdonald, Justice) Notices mailed |
| 02/21/2006 | | February 22, 2006 |
| 02/21/2006 | | MOTION (P#41) DENIED. The subpoena is directed to a party without |
| 02/21/2006 | | connection to the present action. (D. Lloyd Macdonald, Justice) |
| 02/21/2006 | | Notices mailed February 22, 2006 |
| 02/21/2006 | | MOTION (P#42) DENIED. See Consolidated Memorandum and Order of this |
| 02/21/2006 | | date entered in the Hingham Mutual case #03-00631 as to docket |
| 02/21/2006 | | Document #204. (D. Lloyd Macdonald, Justice) Notices mailed February |
| 02/21/2006 | | 22, 2006 |
| 02/21/2006 | | MOTION (P#44) DENIED. See Court's endorsement on docket Documents #40 |
| 02/21/2006 | | & #41. (D. Lloyd Macdonald, Justice) Notices mailed February 22, 2006 |
| 02/21/2006 | | MOTION (P#50) DENIED. See Consolidated Memorandum and Order of this |
| 02/21/2006 | | date entered in the Hingham Mutual case #03-00631 as to docket |

| | | |
|---|---|---|
| 02/21/2006 | | Document #'s 204 and 213. (D. Lloyd Macdonald, Justice) Notices |
| 02/21/2006 | | mailed February 22, 2006 |
| 02/21/2006 | | MOTION (P#51) DENIED (D. Lloyd Macdonald, Justice) Notices mailed |
| 02/21/2006 | | February 22, 2006 |
| 02/21/2006 | | MOTION (P#52) DENIED (D. Lloyd Macdonald, Justice) Notices mailed |
| 02/21/2006 | | February 22, 2006 |
| 02/21/2006 | | (P#53) Demand for costs is DENIED (D. Lloyd Macdonald, Justice) |
| 02/21/2006 | | Notices mailed February 22, 2006 |
| 03/07/2006 | 54 | Plaintiff Ghodrat Farahani, Ind's Urgent Notice of Interlocutory |
| 03/07/2006 | 54 | Appeal Directed to the Clerk's Office Pursuant to G.L.c. 231, s. 118, |
| 03/07/2006 | 54 | First Paragraph-March 7, 2006 |