UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GHODRAT FARAHANI and IREENE AROMIN | : | |
| v. | : | C.A. No. 06-89ML |
| CHUBB GROUP OF INSURANCE COMPANIES | : | |

**ORDER**

I hereby recuse myself from participation in this case.

ENTER:

LINCOLN D. ALMOND
United States Magistrate Judge
April 10, 2006

BY ORDER:

Deputy Clerk