STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2005-5981 GHODRAT FARAHANI V CHUBB GROUP OF INSURANCE CO

Filing Date: 11-18-2005
Case Status: CLOSED DURING DISCOVERY

Case Type: PER INJURY/PROPERTY DAMAGE-VI
Status Date: 02-27-2006

Plaintiff: GHODRAT FARAHANI
ID: @10699428
Plaintiff: IREENE AROMIN
ID: @10699429

Attorney: PRO SE

Defendant: CHUBB GROUP OF INSURANCE COMPANIES
ID: @10699430
Defendant: JULIE ZINK
ID: @10699431
Defendant: LESLIE SHAPIRO
ID: @10699432
Defendant: ALL STATE INSURANCE COMPANY
ID: @10699433
Defendant: WILLIAM ROSS
ID: @10699434
Defendant: EVENFLO COMPANY INC
ID: @10699437

Attorney: DARLENE ALT
Attorney: RAYMOND RIPPLE
Attorney: DARLENE ALT
Attorney: RAYMOND RIPPLE
Attorney: DARLENE ALT
Attorney: RAYMOND RIPPLE

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

## Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

## Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 11-18-2005 | COMPLAINT FILED | |
| 11-18-2005 | INITIAL FILING FEE | |
| 11-18-2005 | Payment Applied | A Payment of -$160.00 was made on receipt SCP215443. |
| 02-15-2006 | OTHER DOCUMENT | ORIGINAL U.S. POST OFFICE RETURN RECEIPT FOR EACH DEFT (6 FILED) AND A COPY OF THE COVER LETTER ACCOMPANYING SERVICE. |
| 02-20-2006 | ENTRY OF APPEARANCE | BY ATTORNEY'S DARLENE ALT AND RAYMOND RIPPLE ON BEHALF DEFENDANTS CHUBB GROUP OF INSURANCE COMPANIES AND JULIE ZINK AND LESLIE SHAPIRO. |
| 02-27-2006 | NOTICE OF REMOVAL | FROM PROVIDENCE SUPERIOR COURT. TO U.S. DISTRICT COURT. U.S. DISTRICT COURT NUMBER 2006-89ML |
| 02-27-2006 | CASE REMVD TO US DISTRICT CT | CERTIFIED COPIES OF FILE (FILED U.S. DISTRICT COURT). |
| 02-27-2006 | OTH DOC FILED DURING DISCOV | CASE REMOVED TO US DISTRICT COURT. |