STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2005-5981 GHODRAT FARAHANI V CHUBB GROUP OF INSURANCE CO

Filing Date: 11-18-2005
Case Status: CLOSED DURING DISCOVERY

Case Type: PER INJURY/PROPERTY DAMAGE-VE
Status Date: 02-27-2006

| Party | Attorney |
|---|---|
| Plaintiff: GHODRAT FARAHANI<br>ID: @10699428 | Attorney: PRO SE |
| Plaintiff: IREENE AROMIN<br>ID: @10699429 | |
| Defendant: CHUBB GROUP OF INSURANCE COMPANIE<br>ID: @10699430 | Attorney: DARLENE ALT<br>Attorney: RAYMOND RIPPLE |
| Defendant: JULIE ZINK<br>ID: @10699431 | Attorney: DARLENE ALT<br>Attorney: RAYMOND RIPPLE |
| Defendant: LESLIE SHAPIRO<br>ID: @10699432 | Attorney: DARLENE ALT<br>Attorney: RAYMOND RIPPLE |
| Defendant: ALL STATE INSURANCE COMPANY<br>ID: @10699433 | Attorney: PAUL ANDERSON |
| Defendant: WILLIAM ROSS<br>ID: @10699434 | Attorney: PAUL ANDERSON |
| Defendant: EVENFLO COMPANY INC<br>ID: @10699437 | |

## Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

## Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 11-18-2005 | COMPLAINT FILED | |
| 11-18-2005 | INITIAL FILING FEE | |
| 11-18-2005 | Payment Applied | A Payment of -$160.00 was made on receipt SCP215443. |
| 02-15-2006 | OTHER DOCUMENT | ORIGINAL U.S. POST OFFICE RETURN RECEIPT FOR EACH DEFT ( 6 FILED) AND A COPY OF THE COVER LETTER ACCOMPANYING SERVICE. |
| 02-20-2006 | ENTRY OF APPEARANCE | BY ATTORNEY'S DARLENE ALT AND RAYMOND RIPPLE ON BEHALF DEFENDANTS CHUBB GROUP OF INSURANCE COMPANIES AND JULIE ZINK AND LESLIE SHAPIRO. |
| 02-27-2006 | ANSWER FILED | Affiliated: ALL STATE INSURANCE COMPANY |
| 02-27-2006 | NOTICE OF REMOVAL | FROM PROVIDENCE SUPERIOR COURT. TO U.S. DISTRICT COURT. U.S. DISTRICT COURT NUMBER 2006-89ML |
| 02-27-2006 | CASE REMVD TO US DISTRICT CT | CERTIFIED COPIES OF FILE (FILED U.S. DISTRICT COURT). |

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2005-5981 GHODRAT FARAHANI V CHUBB GROUP OF INSURANCE CO

| | | |
|---|---|---|
| 02-27-2006 | OTH DOC FILED DURING DISCOV | CASE REMOVED TO US DISTRICT COURT. |
| 03-28-2006 | ENTRY OF APPEARANCE | ATTY ALREADY ENTERED<br>ALSO ASSOCIATED WITH WILLIAM ROSS<br>Affiliated: ALL STATE INSURANCE COMPANY |
| 04-06-2006 | ANSWER FILED | |