# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **FARAHANI, et al.** | ) | |
| **Plainiffs** | ) | |
| **v.** | ) | **C.A. No. 06-89ML** |
| **CHUBB GROUP OF INSURANCE COMPANIES, et al.** | ) | |
| **Defendants** | ) | |

## PLAINTIFF GHODRAT FARAHANI'S MOTION TO NOTIFY THE SUPERIOR COURT OF REMAND

On August 18, 2006, Hon. Judge Lisi remanded this case. However, the Superior Court, Providence County, has no official instruction/order from this Court as to the remand. Plaintiff, Ghodrat Farahani moves this Court to order the Clerk to officially notify the Superior Court, of the remand.

**Respectfully submitted this October 5, 2006.**

**Ghodrat Farahani, Plaintiff, pro se**
**126 Brook Street**
**Rehoboth, Mass 02769**
**Tel: 508 252-4914**

## CERTIFICATE OF SERVICE

Plaintiff, Ghodrat Farahani, certifies that on Oct 5, 2006 a true copy of the forgoing document was served on all counsels of records in this case by first-class U.S. mail, postage prepaid.

Ghodrat Farahani